**INTERNATIONAL PAPER COMPANY, a corporation, v. CHRISTO-PHER COLUMBUS BROWN.**

14 So. (2nd) 172                    June Term, 1943
June 11, 1943                           Division A

*Thomas Sale,* for appellant.

*William K. Whitfield* and *J. Lewis Hall,* for appellee.

PER CURIAM:

From an examination of the entire record we find no reversible error and the judgment appealed from is affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.